**Order filed March 21, 2013**



**In The**

# Fourteenth Court of Appeals

——————————

**NO. 14-12-01122-CV**

——————————

**BEN CAVIL, Appellant**

**V.**

**FV-1 TRUST FOR STANLEY MORTGAGE CAPITAL HOLDINGS, LLC,**
**Appellee**

---

**On Appeal from County Court No. 3**
**Galveston County, Texas**
**Trial Court Cause No. CV-0068250**

---

# O R D E R

Appellant's brief was due February 1, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **April 22, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM